**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Donella Ray and James Ray, IV, Defendants,

Of whom James Ray, IV, is the Appellant.

In the interest of minors under the age of eighteen.

Appellate Case No. 2019-001147

———————

Appeal From Lexington County
Robert E. Newton, Family Court Judge

———————

Unpublished Opinion No. 2020-UP-011
Submitted January 3, 2020 – Filed January 10, 2020

———————

**AFFIRMED**

———————

John Clark Phillips, Jr., of Law Office of John C. Phillips, Jr. of Columbia, for Appellant.

Rebecca Marie Farmer, of South Carolina Department of Social Services, of Lexington; and Scarlet Bell Moore, of Greenville, both for Respondent.

Brett Lamb Stevens, of Stevens Law, LLC, of Columbia; and Daun C. Steigner, of Hedrix & Steigner, of Cayce, for the Guardian ad Litem.

––––––––––––

**PER CURIAM:**  James Ray IV appeals the family court's final order terminating his parental rights to his minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2019).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Ray's counsel.

**AFFIRMED.**[1]

**HUFF, WILLIAMS, and MCDONALD, JJ., concur.**

––––––––––––

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.